

NUMBER 13-14-00632-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

EWING CONSTRUCTION CO., INC.,
RODDY BLACK, AND WILLIAM EWING JR.,                    Appellants,

v.

MCM COMMERCIAL CONCRETE, INC.,                         Appellee.

---

On Appellants' Motion to Stay Proceedings
In the Trial Court

---

# ORDER

**Before Justices Rodriguez, Benavides, and Perkes**
**Order Per Curiam**

Appellants Ewing Construction Co., Inc., Roddy Black, and William Ewing Jr.,

perfected an interlocutory appeal from an order rendered by the 347th District Court of

Nueces County, Texas, in trial court cause number 2013DCV-3887-H, denying

appellants' motion to compel arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN.

§51.016 (West, Westlaw through 2013 3d C.S. Appellants have filed a "Motion to Stay proceedings in the Trial Court" during the pendency of the appeal. Appellee opposes the motion.

Having reviewed appellants' motion, we hereby GRANT the motion. We order all proceedings in trial court cause number 2013DCV-3887-H STAYED until further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of November, 2014.

2